UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

          Plaintiff,

  v.

Michael Travis,

          Defendant.

**MEMORANDUM OPINION AND ORDER**
Criminal No. 91-137(1) ADM

_____

Thomas M. Hollenhorst, Esq., United States Attorney's Office, Minneapolis, MN, on behalf of Plaintiff.

Michael Travis, pro se.

_____

## I. INTRODUCTION

This matter is before the undersigned United States District Judge for a ruling on Defendant Michael Travis's ("Travis") Motion to Terminate Supervised Release [Docket No. 103]. For the reasons set forth below, Travis's Motion is granted.

## II. BACKGROUND

On May 8, 1996, Judge Robert G. Renner sentenced Travis to 270 months' imprisonment with five years supervised release, for several crimes including conspiracy to distribute in excess of 500 grams of cocaine and in excess of 50 grams of cocaine base. See e.g., Pet. on Supervised Release [Docket No. 102]. This case was subsequently assigned to the undersigned United States District Judge, and on April 7, 2008, this Court reduced Travis's sentence from 270 months to 228 months pursuant to 18 U.S.C. § 3582(c) and the amended United States Sentencing Guidelines. Order Reducing Sentence [Docket No. 101]. Travis began serving his supervised release after his release from the custody of the Bureau of Prisons in September 2008.

Jurisdiction of Travis's criminal case has remained in Minnesota during his supervision in the Northern District of Ohio. On December 20, 2011, Travis filed a pro se motion to terminate his supervised release pursuant to 18 U.S.C. § 3583(e)(1). By conferring with his supervising probation officers Karen Ford and Jimmy Tyree, the Court has learned Travis has been compliant with all of his conditions of supervision, has been gainfully employed and has no pending criminal charges. Given that Travis has served the statutory period of at least one year of supervised release and committed no violations, this Court finds that the conduct of the defendant and the interest of justice weigh in favor of granting his motion.

## IV. CONCLUSION

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant Travis's Motion to Terminate Supervised Release [Docket No. 103] is **GRANTED** and his supervised release is terminated effective June 30, 2012.

BY THE COURT:

    s/Ann D. Montgomery
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated: January 6, 2012.